IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM BRANDON DUREN                                                      PLAINTIFF

V.                    CASE NO. 4:16-CV-04074

LIEUTENANT GOLDEN
ADAMS; SERGEANT MILLER;
CORPORAL GRIFFEN                                                       DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed June 13, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 27. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 19) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 19) is **GRANTED** and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of July, 2017.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge